ALBERTAZZI LAW FIRM
Anthony V. Albertazzi OSB #960036
300 SW Columbia St Ste 203
Bend, OR 97702
Phone  (541) 317-0231
a.albertazzi@albertazzilaw.com

Of Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: | ) Case No. 15-33749-tmb11 |
| | ) |
| JOHN C. SANBORN | ) CERTIFICATE OF SERVICE FOR |
| | ) OBJECTION TO CLAIM #7 |
| Debtor. | ) |
| | ) |
| | ) |

I hereby certify that on the date appearing near my signature below, I served the OBJECTION TO CLAIM #7 (Doc. 65) on the following by U.S. Mail, postage prepaid:

Lotta Construction Inc,
d/b/a Charles Brzezinski Construction Service aka CBCS
c/o Law Office of Adam Jay Jaffe
1660 Hotel Circle, #302
San Diego, CA 92108

Lotta Construction Inc.
 c/o Robert Lotta, RA
10215 Summit Crest Dr.
 Santee, CA 92071

Dated: <u>November 17 , 2015</u>

ALBERTAZZI LAW FIRM

<u>/s/ Anthony V. Albertazzi    </u>
Of Attorneys for Debtor
ALBERTAZZI LAW FIRM
Anthony V. Albertazzi OSB #960036