Below is an Order of the Court.

*/s/ Trish M. Brown*
TRISH M. BROWN
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

| | | |
|---|---|---|
| In Re: | ) | Bankruptcy Case: 15-33749-tmb11 |
| | ) | |
| **JOHN CHARLES SANBORN,** | ) | **ORDER ON MOTION TO WITHDRAW AS COUNSEL** |
| | ) | |
| Debtor | ) | |

This matter came before the court for hearing December 15, 2015 on Creditor Lotta Construction, Inc. dba Charles Brzezinski Construction services aka CBCS Counsel's Motion To Withdraw. Adam Jaffe appeared on behalf of Creditor. Anthony V. Albertazzi appeared for Debtor, and Broker appeared. Now, therefore,

IT IS HEREBY ORDERED

1. For good cause shown, Attorneys Adam Jaffe and John Elliott are relieved as counsel for Charles Brzezinski Construction Services a/k/a CBCS. CBCS is ordered to obtain new counsel as soon as possible.

###

I certify that I have complied with the requirements of LBR 9021-1(a)(1)(C).


Submitted By:

/s/ Adam Jay Jaffe
Adam Jay Jaffe, Esq. (Pro Hac Vice)
**LAW OFFICE OF ADAM J. JAFFE**
1660 Hotel Circle North., STE 302
San Diego, CA 92108
Telephone: (619) 810-7964

John Elliot, Esq. (OSB: 912518)
**ELLIOTT LAW OFFICES**
122 NE 3rd Ave
Hillsboro, OR 97124
Telephone: (503) 648-3146