Below is an Order of the Court.

_____
TRISH M. BROWN
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

| | | |
|---|---|---|
| In Re: | ) | **Bankruptcy Case: 15-33749-tmb11** |
| | ) | |
| **JOHN CHARLES SANBORN,** | ) | **ORDER ON CONTINUANCE OF OPPOSITION TO OBJECTION TO PROOF OF CLAIM** |
| Debtor | ) | |

This matter came before the court for hearing December 15, 2015 on Creditor Lotta Construction, Inc. dba Charles Brzezinski Construction services aka CBCS Request To Continue Deadline for Creditor to Oppose Debtor's Objection To Proof Of Claim. Adam Jaffe appeared on behalf of Creditor. Anthony V. Albertazzi appeared for Debtor, and Broker appeared. Now, therefore,

IT IS HEREBY ORDERED

1. The deadline for CBCS to file a responsive pleading for the Opposition to Proof of Claim is continued for 30 days. The new deadline shall be **January 25, 2016.**

###

I certify that I have complied with the requirements of LBR 9021-1(a)(1)(C).


Submitted By:

/s/ Adam Jay Jaffe
Adam Jay Jaffe, Esq. (Pro Hac Vice)
**LAW OFFICE OF ADAM J. JAFFE**
1660 Hotel Circle North., STE 302
San Diego, CA 92108
Telephone: (619) 810-7964

John Elliot, Esq. (OSB: 912518)
**ELLIOTT LAW OFFICES**
122 NE 3rd Ave
Hillsboro, OR 97124
Telephone: (503) 648-3146